UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WAQAS KHAN, Plaintiff, -v- MARCO RUBIO, in his official capacity as Secretary of State of the United States, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF STATE, and UNITED STATES DEPARTMENT OF THE TREASURY, Defendants. | : | 26 Civ. 5893 (JPC) <br> ORDER |

JOHN P. CRONAN, United States District Judge:

On October 13, 2026, the Court ordered Plaintiff to file a status letter by October 20, 2026 describing (1) whether service of the Summons and Complaint has been made on Defendants, and if not, (2) why good cause exists to excuse Plaintiff's failure to serve Defendants within the ninety-day deadline set by Rule 4(m). That deadline has now passed. Accordingly, the Court *sua sponte* extends the deadline to submit the status letter to October 29, 2026. If the Court does not receive such a letter by October 29, 2026, then it will dismiss the case.

SO ORDERED.

Dated: October 22, 2026
New York, New York

JOHN P. CRONAN
United States District Judge