UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAQAS KHAN,

Plaintiff,

- against -

MARCO RUBIO, in his official capacity as Secretary of State of the United States; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF STATE; and UNITED STATES DEPARTMENT OF THE TREASURY,

Defendants.

Case No. 1:26-cv-05893 (JPC)

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff voluntarily dismisses the within action without prejudice.

Dated: New York, New York
October 26, 2026

PAUL BATISTA, P.C.

By: ______________________
Paul Batista
*Attorney for Plaintiff Waqas Khan*
26 Broadway, Suite 1900
New York, New York 10004
(T) 631 377 0111
Batista007@aol.com